IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| Barbara Armstrong, <br><br> Plaintiff, <br><br> v. <br><br> Western & Southern Financial Group, Inc., <br><br> Defendant. | Civil Action No. 3:23-CV-840 |

## NOTICE OF VOLUNTARY DISMISSAL UNDER FRCP RULE 41(a)

COMES NOW, the undersigned counsel and files this **Notice of Voluntary Dismissal without Prejudice** on behalf of Plaintiff Barbara Armstrong pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

This 11th day of January 2024.

Respectfully submitted,

Weaver, Bennett & Bland, P.A.

By: _/s/MichaelDavid Bland_
    Michael David Bland (NC Bar No. 8179)
    David B. Sherman, Jr. (NC Bar No. 47153)
    Weaver, Bennett & Bland, P.A.
    196 N. Trade Street
    Matthews, North Carolina 28105
    (P): 704-844-1400
    (F): 704-845-1503
    dbland@wbbatty.com
    **Attorneys for Plaintiff**

# CERTIFICATE OF SERVICE

I hereby certify that on January 11, 2024, I electronically filed the foregoing **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** with the Clerk of Court using the CM/ECF system, and served the same upon the following counsel of record via U.S. Mail, first class, proper postage affixed thereto and addressed as follows:

>Stephen D. Dellinger
>sdellinger@littler.com
>LITTLER MENDELSON P.C.
>620 South Tryon Street, Suite 950
>Charlotte, NC 28202
>Telephone: 704.972.7000
>Facsimile: 704.333.4005
>*Attorneys for Defendant*

This 11th day of January 2024

>By: */s/MichaelDavid Bland*
>Michael David Bland (NC Bar No. 8179)
>David B. Sherman, Jr. (NC Bar No. 47153)
>Weaver, Bennett & Bland, P.A.
>196 N. Trade Street
>Matthews, North Carolina 28105
>(P): 704-844-1400
>(F): 704-845-1503
>dbland@wbbatty.com
>**Attorneys for Plaintiff**